DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NERMINE HANNA,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CREDIT SUISSE
FIRST BOSTON MORTGAGE SECURITIES CORP.,
HOME EQUITY ASSET TRUST 2006-6,
HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-6,**
Appellee.

No. 4D19-1817

[April 30, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan Lubitz, Judge; L.T. Case No. 50-2011-CA-016850-XXXX-MB.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Brandi Wilson of DeLuca Law Group, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*[1]

GROSS, GERBER and FORST, JJ., concur.

\*        \*        \*

---

[1] We are mindful of the issuance of Administrative Order SC20-23 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-94 (suspending and tolling any statute providing for a mortgage foreclosure cause of action under Florida law for 45 days from April 2, 2020). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.

*Not final until disposition of timely filed motion for rehearing.*